Maddie Boyd (CA Bar #327411)
Asian Law Caucus
55 Columbus Ave
San Francisco, CA 94114
Telephone: (415) 758-0605
Facsimile: (415) 896-1702
mboyd@ilrc.org

*Pro Bono Attorney for Petitioner*

Eric Grant
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Cameron Desmond
Assistant United States Attorney

*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

VEASNA OTH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et. al.

Respondents.

Case No: 1:25-cv-01367-KES-HBK

**JOINT STIPULATION TO BRIEFING SCHEDULE ON TEMPORARY RESTRAINING ORDER**

Immigration Habeas Case

Petitioner, Veasna Oth, filed a habeas petition on October 14, 2025. This habeas petition was assigned case number 1:25-cv-01367-KES-HBK. On August 7, 2026, Petitioner filed a new habeas petition and temporary restraining order based on new claims arising from the shift in the statutory authority governing Mr. Oth's detention from 8 U.S.C. § 1226(c) to 8 U.S.C. § 1231. This new habeas petition was assigned case number 1:26-vc-06272-JLT-EGC. Judge Thurston reviewed and construed the petition to be accepted as a first amended habeas and directed the clerk to file the new petition and motion for temporary restraining order under case 1:25-cv-01367-KES-HBK. *See* ECF No. 4.

Petitioner and Respondents Christopher Chestnut, et. al. ("Respondents"), by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, to the following briefing deadlines:

1. Respondents shall file any response by end of day on August 14, 2026;
2. Petitioner shall file any reply by end of day on August 18, 2026.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Petitioner and Respondents, subject to the Court's approval, that Respondents' response will be due on August, 14, 2026, and Petitioner's reply will be due on August 18, 2026.

Dated: August 11, 2026

Respectfully submitted,

/s/ Maddie Boyd
Attorney for Petitioner

Eric Grant
United States Attorney

/s/ Cameron Desmond
Cameron Desmond
Assistant United States Attorney
U.S. Department of Justice
Office of Immigration Litigation
Attorneys for Respondents

**ORDER ON JOINT STIPULATION TO BRIEFING SCHEDULE**

IT IS HEREBY ORDERED THAT:

Respondents' response to Petitioner's habeas petition will be due by end of day on August 14, 2026, and Petitioner's reply will be due by end of day on August 18, 2026.

IT IS SO ORDERED.

Dated: August 13, 2026

UNITED STATES DISTRICT JUDGE